(Post 11/2015)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 12 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____Central_____ DIVISION

Shania Davis
_____
_____
_____
(Name of plaintiff or plaintiffs)

v.                                    CIVIL ACTION NO. 4:21-cv-118-BSM
                                      (case number to be supplied by the assignment clerk)

Grant Garrett Excavating
Grant Garrett, Gerald Gregory
Justin McKenzie, Cory Shepard + Bessie Garrett
(Name of defendant or defendants)

This case assigned to District Judge __Miller__
and to Magistrate Judge __Volpe__

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Shania Davis__, is a
   (name of plaintiff)
citizen of the United States and resides at __13604 Hansfuld Cir.__,
                                              (street address)
__N/A__, __Pulaski__, __AR__, __72117__,
(city)     (county)    (state)   (ZIP)
__501-247-4004__.
(telephone)

3. Defendant, __Grant Garrett Excavating__, lives at, or its
              (name of defendant)
business is located at __12913 I-30__, __Benton__,
                        (street address)          (city)
__Pulaski__, __AR__, __72015__.
(county)     (state)   (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at _____, _____,
               (street address)               (city)

_____, _____, _____.
(county)   (state)   (ZIP)

    5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about __09__ __28__ __20__.
                                                                   (month)  (day)  (year)

    6.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __10__ __02__ __20__.
                                                                    (month)  (day)  (year)

    7.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on __12__ __14__ __21__, a copy of which notice is attached to this complaint.
                                               (month)  (day)  (year)

    8.    Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3) _____ sex, (4) _____ religion, (5) __✓__ national origin, defendant:

        (a) _____ failed to employ plaintiff.

        (b) __✓__ terminated plaintiff's employment.

        (c) __✓__ failed to promote plaintiff.

        (d) Term employee due to another pending case that was at EEOC during employment with former employee Whitney Fort (HR Asst) The company wanted me to falsify documents and when I made complaints against other ethnic employees, owner + CFO I was term

    9.    The circumstances under which the defendant discriminated against plaintiff were

as follows: **and offered a severance to keep quiet for up to 12 months. I refused to sign documents although encouraged + suggested by CFO Gerald, Gregory**

10. The acts set forth in paragraph 9 of this complaint:

   (a) __✓__ are still being committed by defendant.

   (b) _____ are no longer being committed by defendant.

   (c) __✓__ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) __✓__ Defendant be directed to employ plaintiff, and

   (b) __✓__ Defendant be directed to re-employ plaintiff, and

   (c) _____ Defendant be directed to promote plaintiff, and

   (d) __✓__ Defendant be directed to **Compensation for loss wages and Punitative damages to make a public apology**

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

2/12/21

Dear You honor,

I'm writing this to plead with the court on not dismissing my filing for Sharia Davis vs. Grant Garrett Excavating. I, worked at that company as Human Resource Manager from 7/18-9/28/20 and gave my everything to the employees, CFO & CEO seven days a week. Once, I was discriminated against and terminated from the company. I, immediately filed with the EEOC for wrongful termination and amongst other charges in September 2020.

I, have over 300 copies of emails, write-ups and recording of management making racial, despairing, hostile, profanity remarks with me and other ethnicity employees. All this information which EEOC didn't care to get copies of nor reach out to me for questions, statements, witnesses just nothing! They failed me and others like me daily that demand on their guidance and leadership to prevent companies like Grant Garrett for violating state & federal laws. After many failed attempts to reach my investigator Chris Strafford for months, I finally went to the EEOC offices off Louisiana St.

The offices are closed to the public due to COVID, I understand the severity of this disease and pandemic because I have had a bad battle with this disease, have had 6 family members to battle it and 1 uncle that fatally died from it. So, from September until December 1, 2020, I heard nothing from EEOC via telephone, email or mail. I was thinking that my investigator was working remotely (due to COVID) and still making a determination until I called the offices again December 12, 2020. A representative then informed me that a decision was made and sent out in 8/21. I, was shocked and horrified because I didn't receive the information. I, ask the representative did they send out a certified letter and the answer was NO!

I, requested a supervisor to call back in which she did and stated that they would provide me a copy, as well an email (see attached) that stated I didn't receive the original and I should be allowed to file it. I'm asking you to accept these documents and allow my due process to hear and plead my case against this 'systematic racism company. I'm not the only 'African American' female e that has a pending case in this court. Whitney Fort vs. Grant Garrett Excavating had the same or similar experiences. Due to the world pandemic and worldwide mail issues, that was beyond my control for misplacing mail. I'm praying and begging the court will consider my case to proceed and grant an attorney to represent my case.

I, may be reached at 501-247-4004 for further questions or information.

Thank you so kindly,

*Sharia Davis*
/Sharia Davis



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Little Rock Direct Dial: (501) 324-5060
Writer's Email chris.stafford@eeoc.gov
FAX (501) 324-5991

**Sharia Davis**
**13604 HANSFIELD CIRCLE**
**North Little Rock, AR 72117**

Date: 08/28/2020

Re: Charge #493-2019-02390; Davis v GRANT GARRETT EXCAVATION

Dear Ms. Davis:

The enclosed Notice terminates the processing of your charge and gives notice of your right to sue within 90 days. On 11/4/2020, a copy of the Respondent's position statement was sent to you electronically. After receiving your response, all evidence collected during the investigation was thoroughly reviewed. The investigation revealed the following facts:

You alleged you were harassed, demoted and discharged due to your race (black/mixed), and in retaliation for having engaged in statutorily protected activity including but not limited to your objection to the firing of a black employee, in violation of Title VII of the Civil Rights Act of 1964, as amended; and, demoted and discharged due to your age (48) in violation of the Age Discrimination in Employment Act of 1967, as amended.

Investigation was unable to show that you suffered harassment based on race or age, and/or rising to the level of likely actionable hostile work environment harassment. Regarding your allegations of demotion, it does not appear you were demoted. While your title and decision authority were changed, there is insufficient evidence supporting a racial or age bias motive for those actions. Based on its investigation, EEOC was unable to conclude that a violation of EEOC enforced statutes occurred.

No further action will be taken by this office regarding your charge of discrimination. The Director's determination in this matter is enclosed. This determination concludes the processing of the charge by the EEOC, but does not affect your right to sue on your own behalf. You may pursue the matter by filing in Federal District Court as explained in the Dismissal and Notice of Rights.

Sincerely,

*Chris Stafford*
Chris Stafford
Federal Investigator

Enclosure: Dismissal and Notice of Rights

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sharia Davis<br>13604 HANSFIELD CIRCLE<br>North Little Rock, AR 72117 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2019-02390 | Chris E. Stafford,<br>Investigator | (501) 324-5812 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    08/28/2020

William A. Cash, Jr.,    *(Date Mailed)*
Area Office Director

Enclosures(s)

cc:
Gerald Gregory
Chief Operating Officer
GRANT GARRETT EXCAVATION
12913 I-30
Benton, AR 72015

2/10/2021 (171,975 unread) - shariaharris@ymail.com - Yahoo Mail

Find messages, documents, photos or people

RE: Recall: 493-2019-02390     Yahoo/Inbox



**KATY HUNSPERGER** <katy.hunsperger@e     Wed, Dec 16, 2020 at 8:15 AM
To: Sharia Harris

The original message was not meant to be recalled. Attached are the documents incase you did not receive them.

v/r,

Katy Hunsperger, OAA

Equal Employment Opportunity Commission

820 Louisiana St., Suite 200

Little Rock, AR 72201

Phone: 501-324-5064

Fax: 501-324-5991

***Notice of Confidentiality:*** *The information contained in this transmission may contain privileged information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at katy.hunsperger@eeoc.gov and destroy all copies of the original message and attachments.*

10

**From:** Sharia Harris <shariaharris@ymail.com>
**Sent:** Tuesday, December 15, 2020 8:42 PM
**To:** KATY HUNSPERGER <KATY.HUNSPERGER@EEOC.GOV>
**Subject:** Re: Recall: 493-2019-02390

Katy,

I'm not sure why you will like to recall the message? After speaking with the supervisor and not receiving any notification. I, do feel this was not fair and would like to pursue my right to sue. Please advise. Thank you

On Monday, December 14, 2020, 09:11:25 AM CST, KATY HUNSPERGER
<​> wrote:

KATY HUNSPERGER would like to recall the message, "493-2019-02390".

493-2019-02....pdf          DI DAVIS S.pdf
101.9kB                     111.9kB

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*