**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHARLA DAVIS**                                                               **PLAINTIFF**

**v.**                              **CASE NO. 4:21-CV-00118-BSM**

**GRANT GARRETT EXCAVATING, *et al.***                          **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 15th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE